OPINION — AG — ** BIDDING — STATE EMPLOYEE — CONFLICT OF INTEREST ** THIS OPINION DEALS WITH A SEWAGE DISPOSAL PROJECT THAT WAS BID ON BY AN EMPLOYEE OF AN STATE INSTITUTION — IS THIS EMPLOYEE ELIGIBLE TO BID ON SUCH PROJECT ? — AFFIRMATIVE (CONFLICT OF INTEREST) CITE: 21 O.S. 344 [21-344], 61 O.S. 7 [61-7], 74 O.S. 63 [74-63] [74-63], ARTICLE II, SECTION 11) (RICHARD M. HUFF)